JOHN J. VAN ORDER, complainant-appellant,

*v.*

LOUISE G. JOHNSON, defendant-respondent.

[Argued May 26th, 1931. Decided February 1st, 1932.]

*Messrs. Forlenza & Harrington,* for the appellant.

*Mr. Charles Jones,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed .in the opinion of Vice-Chancellor Church.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.